## Commonwealth *v.* Kehoe, Appellant.

Submitted December 11, 1970. *Harold B. Vikoren,* Assistant Public Defender, for appellant; *Stephen B. Harris,* Assistant District Attorney, and *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Kling, Appellant.

Argued December 11, 1970. *Patrick J. O'Connor,* Assistant Public Defender, for appellant; *Stephen B. Harris,* Assistant District Attorney, with him *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.